# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133601 & (14)

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v
               SC: 133601
               COA: 275851
               Wayne CC: 92-011710-01

CEDRIC FIELDS,
   Defendant-Appellant.

_____/

   On order of the Court, the application for leave to appeal the February 22, 2007 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G). The motion to amend is DENIED.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2007             _____

d0723                 Clerk